NO. _____

_____

IN THE COURT OF CRIMINAL APPEALS
STATE OF TEXAS
_____

**ARNULFO GARCIA CANTU**
Appellant

VS.

**THE STATE OF TEXAS**
Appellee
_____

Appealed from the Court of Appeals
14th District of Texas
Cause Number 14-13-00854-CR

Appealed from the 56th District Court
of Galveston County, Texas
Cause Number 12CR3324
_____

**MOTION FOR EXTENSION
OF TIME TO FILE APPELLANT'S
PETITION FOR DISCRETIONARY REVIEW**
_____

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-0153
josephsalhab@mindspring.com

COUNSEL FOR THE APPELLANT
ARNULFO GARCIA CANTU

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Arnulfo Cantu, Appellant, by and through his attorney of record on appeal, Joseph Salhab, files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review. In support of said Motion, the Appellant shows the Court the following:

I.

The Appellant was convicted in the 56th District Court of Galveston County, Texas, on or about August 29, 2013, in Cause Number 12CR3324, of Indecency with a Child.

II.

Appellant appealed to the 14th Court of Appeals under Cause Number 14-13-00854-CR.

III.

The 14th Court of Appeals decided the case December 9, 2014. The deadline for filing a Petition for Discretionary Review is 30 days after the appellate judgment, or January 8, 2015.

IV.

Appellant is requesting the Court grant an extension of sixty (60) days for filing the Appellant's Petition for Discretionary Review until March 9, 2015.

V.

Appellant's request for an extension of time is based on the fact that

Appellant has informed present counsel that he is searching and interviewing potential new counsel to file a Petition for Discretionary Review on his behalf. Appellant needs additional time to find suitable counsel, and the new counsel would need time to review the case and prepare an appropriate petition.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of sixty (60) days until March 9, 2015, to file Appellant's Petition for Discretionary Review.

Respectfully submitted,

___/s/ Joseph Salhab___
Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR THE APPELLANT
ARNULFO GARCIA CANTU

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to Assistant District Attorney for Harris County, Texas, via fax on the _6th_ day of __January__, 2015.

___/s/ Joseph Salhab___
JOSEPH SALHAB

# VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority on this day personally appeared JOSEPH SALHAB, who being duly sworn has deposed and stated upon oath:

"My name is JOSEPH SALHAB. I am the Appellant's attorney on appeal in the above-styled and numbered cause. I have read the above and foregoing Motion to Extend Time to file Appellant's Petition for Discretionary Review and the facts contained therein are true and correct."

_/s/ Joseph Salhab_
JOSEPH SALHAB

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority, on this the _6th_ day of _January_, 2014, to certify which, witness my hand and official seal of office.

Notary Public in and for
The State of Texas
Commission Expires: _6/28/16_

MARIA DEL PILAR MONTES
MY COMMISSION EXPIRES
June 28, 2016